UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARD JAMES STANLEY,

    Petitioner,

v.

KURT JONES,

    Respondent.

Case No. 1:06-CV-49

Hon. Richard Alan Enslen

**FINAL ORDER**

In accordance with an Opinion entered this date;

**IT IS HEREBY ORDERED** that Petitioner Bernard James Stanley Objections (Dkt. No. 5) are **DENIED** and the Report and Recommendation (Dkt. No. 4) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Petitioner's Writ of *Habeas Corpus* (Dkt. No. 1) is **DENIED WITH PREJUDICE** and a certificate of appealability is **DENIED**.

DATED in Kalamazoo, MI:
May 23, 2006

    /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE